No. 48767.—Protests 938949–G, etc., of American Fabrics Co. et al. (Bridgeport, etc.).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, SEPTEMBER 15, 1943

No. 48768.—Protests 50725–K, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by Cline, J.   In accordance with stipulation of counsel certain of the trays composed wholly or in chief value of brass, pewter, or copper (not brass), not plated with platinum, gold, or silver, or colored with gold lacquer, used chiefly for utilitarian purposes on the table or in the household, were held dutiable as follows: (1) Those in chief value of brass, found to be similar to exhibits 1 to 6 in *Strauss* v. *United States* (9 Cust. Ct. 342, C. D. 710), at 40 percent under paragraph 339; (2) those in chief value of pewter, similar to exhibit 8 in *Strauss* v. *United States, supra,* at 25 percent ad valorem under paragraph 339, as modified by the United Kingdom Trade Agreement (T. D. 49753); and (3) those in chief value of copper (not brass), similar to exhibits 1 to 6 in *Strauss* v. *United States, supra,* at 35 percent ad valorem under paragraph 339, as modified by the said trade agreement (T. D. 49753); plus in each instance the revenue tax wherever assessed. Protests sustained to this extent.

No. 48769.—Protest 69292–K of Philipp Brothers, Inc. (New York).

Opinion by Keefe, J.   From the evidence produced at the trial the court was of the opinion that the 226 bags, which were separated for export from the 533 bags, actually weighed net 24,506 pounds and the collector was directed to make refund accordingly.